EDWARD M. WOLKOWITZ, TRUSTEE (SBN 068298)
800 S. Figueroa Street, #1260
Los Angeles, CA 90017
emw@lnbyb.com
Telephone: (310) 229-1234
Facsimile: (213) 627-7194

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re:<br>IMPERIAL CREDIT INDUSTRIES, INC.<br><br>Debtors(s) | §<br>§<br>§<br>§<br>§<br>§ | Case No.   8:03-bk-19407-ES |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EDWARD M. WOLKOWITZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> UNITED STATES BANKRUPTCY COURT
> CENTRAL DISTRICT OF CALIFORNIA
> 411 W. FOURTH STREET, SUITE 2030
> SANTA ANA, CA 92701

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on April 18, 2019 in Courtroom 5A, U. S. Bankruptcy Court, 411 West Fourth Street, Santa Ana, CA 92701. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

CLAIM NOTES:
Claim No. 036B - Dept of the Treasury - IRS Secured Claim $4,557,084.00
    Paid per Agreement
Claim No. 032 - Federal Deposit Insurance Corp. - Priority Claim $18,375,800.00
    Paying pursuant to Stipulation 05/20/2011 - Docket No. 621
Claim Nos. 021, 022, 023 & 024 - Bank of New York - General Unsecured Claims
    Dividends to be pro-rata to:
    Claim No. 081 - Affinity Bank Holdings,
    Claim No. 082 - AGHI Finance Co., LLC &
    Claim No 083 - Stephan Adams Living Trust per Agreement

| Date Mailed: | 03/12/2019 | By : | /s/ Edward Wolkowitz |
|---|---|---|---|
| | | | Trustee |

EDWARD M. WOLKOWITZ
800 S. Figueroa Street, #1260
Los Angeles, CA 90017

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| IMPERIAL CREDIT INDUSTRIES, INC. | § § § § | Case No. 8:03-bk-19407-ES |
| Debtors(s) | § § | |

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 48,985,350.82 |
| and approved disbursements of | $ | 35,938,152.77 |
| leaving a balance on hand of: | $ | 11,677,514.60 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 036B** | DEPARTMENT OF THE TREASURY | $ 4,557,084.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total to be paid to secured creditors | | | | | $ 0.00 |
| Remaining Balance | | | | | $ 11,677,514.60 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: EDWARD M WOLKOWITZ | $ 1,492,810.52 | $ 1,369,683.45 | $ 123,127.07 |
| Trustee, Expenses: EDWARD M WOLKOWITZ | $ 16,249.68 | $ 10,947.52 | $ 5,302.16 |
| Attorney for Trustee, Fees: IRELL & MANELLA LLP | $ 13,675,634.49 | $ 13,485,363.32 | $ 190,271.17 |
| Attorney for Trustee, Expenses: IRELL & MANELLA LLP | $ 966,918.55 | $ 966,245.26 | $ 673.29 |
| Accountant for Trustee, Fees: GURSEY SCHNEIDER LLP | $ 252,298.50 | $ 244,183.50 | $ 8,115.00 |
| Accountant for Trustee, Expenses: GURSEY SCHNEIDER LLP | $ 1,560.73 | $ 1,480.98 | $ 79.75 |
| Other: REED SMITH LLP | $ 266,663.04 | $ 0.00 | $ 266,663.04 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other: FRANCHISE TAX BOARD | $ 7,039.47 | $ 0.00 | $ 7,039.47 |
| Other: EILEEN DRISCOLL REUBENS | $ 1,287.80 | $ 0.00 | $ 1,287.80 |
| Other: Eileen Rubens | $ 1,442.15 | $ 0.00 | $ 1,442.15 |
| Total to be paid for chapter 7 administrative expenses | | | $ 604,000.90 |
| Remaining Balance | | | $ 11,073,513.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other Professional, Expenses: EILEEN DRISCOLL REUBENS | $ 160,000.00 | $ 0.00 | $ 160,000.00 |
| Other Professional, Expenses: FX CAPITAL SERVICES, INC | $ 9,202.00 | $ 9,202.00 | $ 0.00 |
| Other Professional, Expenses: MOFFETT GRIGORIAN & TAYLOR | $ 98,466.00 | $ 98,466.00 | $ 0.00 |
| Other Professional, Expenses: BRYAN CAVE LLP | $ 24,197.39 | $ 24,197.39 | $ 0.00 |
| Other Professional, Expenses: PHILIP FIER DBA FOCUS | $ 12,494.00 | $ 12,494.00 | $ 0.00 |
| Other Professional, Expenses: STEPHEN E. SOLOMON | $ 5,781.60 | $ 5,781.60 | $ 0.00 |
| Other Professional, Expenses: ROSENFELD WOLFF & KLEIN A | $ 40,038.25 | $ 40,038.25 | $ 0.00 |
| Other Professional, Expenses: LEVENE NEALE BENDER RANKIN | $ 183,762.71 | $ 183,762.71 | $ 0.00 |
| Other Professional, Expenses: Moffett & Associates | $ 2,681.25 | $ 0.00 | $ 2,681.25 |
| Total to be paid for prior chapter administrative expenses | | | $ 162,681.25 |
| Remaining Balance | | | $ 10,910,832.45 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,826,872.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 014 | EILEEN DRISCOLL REUBENS | $ 4,139.18 | $ 0.00 | $ 4,139.18 |
| 032** | FEDERAL DEPOSIT INSURANCE CORP | $ 18,375,800.00 | $ 0.00 | $ 7,818,079.94 |
| 036 | DEPARTMENT OF THE TREASURY-IRS | $ 13,650,620.14 | $ 13,650,620.14 | $ 0.00 |
| 037 | DAN ROOD | $ 4,650.00 | $ 0.00 | $ 4,650.00 |
| 039 | L. A. COUNTY TREASURER & TAX | $ 14,686.32 | $ 14,686.32 | $ 0.00 |
| 041 | STATE OF HAWAII DEP OF TAXATION | $ 3.52 | $ 0.00 | $ 3.52 |
| 042A | ORANGE COUNTY TREASURER - TAX | $ 57.69 | $ 57.69 | $ 0.00 |
| 042 | ORANGE COUNTY TREASURER - TAX | $ 464.60 | $ 464.60 | $ 0.00 |
| 043 | DEPT OF REVENUE STATE OF OREGON | $ 14,306.35 | $ 14,306.35 | $ 0.00 |
| 044 | COMMONWEALTH OF | $ 1,467.35 | $ 1,467.35 | $ 0.00 |
| 046 | STATE OF MINNESOTA | $ 1,077.14 | $ 1,077.14 | $ 0.00 |
| 047 | OHIO BUREAU OF | $ 1,336.10 | $ 1,336.10 | $ 0.00 |
| 051 | COMMONWEALTH OF | $ 1,574.15 | $ 1,574.15 | $ 0.00 |
| 078 | FRANCHISE TAX BOARD | $ 2,404,646.42 | $ 2,404,646.42 | $ 0.00 |
| 079 | LOS ANGELES COUNTY TREASURER | $ 14,443.17 | $ 14,443.17 | $ 0.00 |
| Total to be paid to priority creditors | | | | $ 7,826,872.64 |
| Remaining Balance | | | | $ 3,083,959.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $248,563,574.14 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 002 | WYATT TARRANT & COMBS LLP | $ 4,156.03 | $ 0.00 | $ 51.41 |
| 003 | O''NEIL RELOCATION | $ 4,930.00 | $ 0.00 | $ 60.97 |
| 004 | VERIZON CALIFORNIA INC | $ 238.63 | $ 0.00 | $ 2.95 |
| 007 | T-MOBILE WIRELESS | $ 1,451.59 | $ 0.00 | $ 17.95 |
| 008 | WENDOVER FINANCIAL SERVICES | $ 25,816.14 | $ 0.00 | $ 319.27 |
| 010 | IRWIN GUBMAN | $ 1,800,000.00 | $ 0.00 | $ 22,261.00 |
| 011 | US BANCORP | $ 62,156.00 | $ 0.00 | $ 768.70 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 012 | LLOYDS OF LONDON | $ 100,000.00 | $ 0.00 | $ 1,236.72 |
| 014A | EILEEN DRISCOLL REUBENS | $ 240,000.00 | $ 0.00 | $ 2,968.13 |
| 021** | BANK OF NEW YORK | $ 8,640,617.14 | $ 0.00 | $ 106,860.44 |
| 022** | BANK OF NEW YORK | $ 22,453,364.92 | $ 0.00 | $ 277,685.78 |
| 023** | BANK OF NEW YORK | $ 147,994,207.34 | $ 0.00 | $ 1,830,277.44 |
| 024** | BANK OF NEW YORK | $ 1,287,355.90 | $ 0.00 | $ 15,921.02 |
| 028 | PETER EHLINGER | $ 170,000.00 | $ 0.00 | $ 2,102.43 |
| 029 | DOUGLAS H ROSENTHAL | $ 187,812.48 | $ 0.00 | $ 2,322.72 |
| 034 | KPMG LLP | $ 8,900.00 | $ 0.00 | $ 110.07 |
| 035 | MICHAEL T YOUNG | $ 165,000.00 | $ 0.00 | $ 2,040.59 |
| 036A | DEPARTMENT OF THE TREASURY-IRS | $ 27,359,830.22 | $ 0.00 | $ 338,365.14 |
| 037A | DAN ROOD | $ 395,520.00 | $ 0.00 | $ 4,891.48 |
| 040 | TACO BELL CORP., & HOT N NOW LLC | $ 6,763,613.85 | $ 0.00 | $ 83,647.12 |
| 043A | DEPT OF REVENUE STATE OF OREGON | $ 702.75 | $ 0.00 | $ 8.69 |
| 044A | COMMONWEALTH OF | $ 266.76 | $ 0.00 | $ 3.30 |
| 046A | STATE OF MINNESOTA | $ 10,042.74 | $ 0.00 | $ 10,042.74 |
| 048 | AKIN GUMP STRAUSS HAUER & FELD | $ 2,165.34 | $ 0.00 | $ 26.78 |
| 050 | RICHARD GOMEZ | $ 115,000.00 | $ 0.00 | $ 1,422.23 |
| 052 | LAWRENCE PLACEK | $ 380,000.00 | $ 0.00 | $ 4,699.54 |
| 053 | W DAVID HOURIGAN | $ 432,000.00 | $ 0.00 | $ 5,342.64 |
| 055 | KEVIN VILLANI | $ 267,155.42 | $ 0.00 | $ 3,303.97 |
| 056 | BRAD PLANTIKO | $ 1,950,000.00 | $ 0.00 | $ 24,116.09 |
| 057 | PAUL B LASITER | $ 520,000.00 | $ 0.00 | $ 6,430.96 |
| 058 | PLAZAMERICA INC. | $ 8,864.52 | $ 0.00 | $ 109.63 |
| 059 | O''MELVENY AND MYERS LLP | $ 14,181.28 | $ 0.00 | $ 175.38 |
| 060 | WILMINGTON TRUST CO. | $ 4,000.00 | $ 0.00 | $ 49.47 |
| 061 | WILMINGTON TRUST CO. | $ 17,767.11 | $ 0.00 | $ 219.73 |
| 062 | HOULIHAN LOKEY HOWARD & ZUKIN | $ 156,325.55 | $ 0.00 | $ 1,933.31 |
| 076 | BARREY DAVIS | $ 500,000.00 | $ 0.00 | $ 6,183.61 |
| 077 | FEDERAL DEPOSIT INSURANCE CORP | $ 310,049.18 | $ 0.00 | $ 3,834.45 |
| 078B | FRANCHISE TAX BOARD | $ 3,421.25 | $ 0.00 | $ 42.31 |
| 081 | AFFINITY BANK HOLDINGS INC | $ 8,033,321.00 | $ 0.00 | $ 99,349.88 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 082 | STEPHAN ADAMS, TUSTEE, AGHI | $ 6,100,313.00 | $ 0.00 | $ 75,443.93 |
| 083 | TRUSTEE STEPHEN ADAMS | $ 12,073,028.00 | $ 0.00 | $ 149,309.84 |
| Total to be paid to timely general unsecured creditors | | | | $ 3,083,959.81 |
| Remaining Balance | | | | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Edward Wolkowitz
Trustee

EDWARD M. WOLKOWITZ
800 S. Figueroa Street, #1260
Los Angeles, CA 90017

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.